# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| **CHRISTOPHER MOORE #68777-053** | **CIV. ACTION NO. 1:22-05672** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **C JOHNSON, ET AL** | **MAG. JUDGE PEREZ-MONTES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 11] having been considered, together with the written Objections [Doc. No. 16] filed by Plaintiff Christopher Moore ("Moore"), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that having failed to meet the requirements for injunctive relief, Moore's Motions for Preliminary Injunctive Relief [Doc. Nos. 3 and 7] are **DENIED.**

Monroe, Louisiana, this 11th day of January 2023.

TERRY A. DOUGHTY, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE