UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**CHRISTOPHER MOORE #68777-053**          **CASE NO. 1:22-CV-05672 SEC P**

**VERSUS**                                **JUDGE TERRY A. DOUGHTY**

**C JOHNSON ET AL**                       **MAGISTRATE JUDGE PEREZ-MONTES**

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 33], and having thoroughly reviewed the record, noting the absence of objections, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 29] is **GRANTED** under Federal Rule of Civil Procedure 12(b)(6), **DENIED** in other respects, and the Complaint [Doc. Nos. 1, 5] is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

THUS DONE AND SIGNED at Monroe, Louisiana, this 28th day of March, 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE